**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| KELLY DEFORD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER:   1:21-CV-00050 |
| | * | |
| ALFA MUTUAL INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | | |

## COMPLAINT

Plaintiff KELLY DEFORD, for her Complaint against Defendant ALFA MUTUAL INSURANCE COMPANY, offers as follows:

### I.  PRELIMINARY STATEMENT

1.      This is an action for declaratory judgment, equitable and legal relief, and money damages, instituted to secure the protection of and to redress the deprivation of rights under and violations of the 1964 Civil Rights Act, as amended.

### II.  JURISDICTION

2.      Jurisdiction of this claim is invoked pursuant to 28 U.S.C. § 1331 (federal question/federal statute) and 1343(a) (civil rights).  In addition, Plaintiff timely filed an EEOC charge of discrimination and received within the past ninety (90) days a notice of rights (right-to-sue letter) giving her right to file this lawsuit.

### III.  VENUE

3.      This action properly lies in the Southern District of Alabama, Southern Division, pursuant to 28 U.S.C. § 1391(b), as a substantial part of the unlawful practices alleged below were

committed in this judicial district.

## IV.  PARTIES

4.      Plaintiff Kelly DeFord is a citizen of the United States and resides in Mobile, Alabama.  Defendant ALFA Mutual Insurance Company is an Alabama Corporation who does business in Mobile County, Alabama.

5.      Defendant was at all times relevant hereto, an "employer" within the meaning of Title occurrence.

## V.  FACTS

6.      Plaintiff was hired as a Customer Service Representative (CSR) in 1997 and promoted to agent in 2008.  Plaintiff was an excellent agent who was consistently a high performer.

7.      In 2019 Plaintiff privately shared personal photographs of herself that did not involve nudity with a Facebook friend.  This action was somehow reported to her superiors at ALFA and, after over twenty-two (22) years of dedicated, loyal, and excellent performance, Plaintiff was terminated "in light of recent occurrances."

8.      Males within the Defendant corporation had publicly posted both written and photographic images which were far more salacious that the photographs privately shared by Plaintiff.  Nonetheless, they received no discipline, much less termination.

9.      Plaintiff was discriminated against due to her sex, female.  As a result of that discrimination, Plaintiff suffered emotional trauma and humiliation, loss of income, loss of benefits, as well as other equitable and legal damage.

## VI.  CAUSES OF ACTION

*SEX DISCRIMINATION*

10.      Plaintiff incorporates and re-alleges Paragraphs 1 through 9 as though fully set out

herein.

11.    Defendant has knowingly and willfully discriminated against Plaintiff because of her sex, female, by terminating Plaintiff.

12.    As a result of Defendant's unlawful employment practices, Plaintiff has suffered emotional distress, loss of income and benefits, and incurred expenses, fees, and costs including attorney's fees.

13.    As a direct result of her treatment by Defendant, Plaintiff has suffered damages including, but not limited to, emotional distress, mental anguish, and humiliation.

14.    Defendant's actions violate Plaintiff's rights under the Title VII.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

A.    Declare the conduct engaged in by Defendant to be in violation of Plaintiff's rights under Title VII;

B.    Enjoin Defendant from engaging in such conduct;

C.    Award Plaintiff equitable relief to make Plaintiff whole;

D.    Award Plaintiff compensatory damages including back pay, wages, lost employment benefits, and emotional distress damages;

E.    Award Plaintiff any other legal or equitable or other relief or damages to which she is entitled;

F.    Award Plaintiff costs, expenses, and attorney's fees; and

G.    Grant such other legal and equitable relief as it may deem just and proper.

## VIII.  JURY DEMAND

PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY OF ALL CLAIMS

Respectfully submitted,

/s/     Edward L. D. Smith

EDWARD L. D. SMITH (SMITE0296)
Attorney for Plaintiff
Post Office Box 1643
Mobile, Alabama 36633-1643
Telephone:     251-431-9000
edward@edwardsmithlaw.com